THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven Collins, Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2009-UP-479
 Submitted October 1, 2009  Filed October
14, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: 
 Steven Collins appeals his conviction for armed robbery and possession of a
 weapon during the commission of a violent crime.  Collins argues the trial
 court erred in refusing to grant a mistrial when a witness testified Collins
 was under house arrest, implying he was already in trouble with the law at the
 time of the armed robbery.  After a thorough
 review of the record, counsel's brief, and Collins' pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Collins's appeal and grant
 counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., KONDUROS, and LOCKEMY, JJ.,  concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.